AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-cr-00011 |
| BRIAN BOELE | ) Assigned to: Judge Leon, Richard J. |
| | ) Assign Date: 5/25/2022 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Related Case No: 22- cr-00011 (RJL) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **BRIAN BOELE**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) and 2(Civil Disorder); 18 U.S.C. § 1752(a)(1) and 2 (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) and 2 (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. §5104(e)(2)(D) and 2 (Disorderly and Disruptive Conduct in the Capital Grounds or Buildings).

Date: 05/25/2022

2022.05.25 17:31:21 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* May 26, 2022, and the person was arrested on *(date)* June 3, 2022
at *(city and state)* Lakeland, Florida.

Date: 6/3/2022

*Arresting officer's signature*

Christopher Leckinger    SA
*Printed name and title*